443 A.2d 379

Commonwealth v. Francy, Appellant.

Petition for Allowance of Appeal Denied July 2, 1982.

Submitted January 14, 1981. Thomas P. Ruane, Jr., for appellant;  Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and MONTGOMERY, JJ.

Judgment of sentence affirmed.